# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Deborah Pudil,                      Civil No. 09-3562 (RHK/JSM)

            Plaintiff,              **ORDER FOR DISMISSAL**

v.

Law Offices of Mitchell N. Kay, P.C.
and John Doe,

            Defendants.

---

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 3) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 20, 2010

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge